**Ron Hutton**
302 N Logan St.
Burlington, NC 27217

May 23, 2022

John S. Brubaker
Clerk of Court
U.S. District Court for the Middle District of North Carolina
324 W. Market Street, Greensboro, NC 27401-2544

Dear Clerk of Court John S. Brubaker:

I would like to ask that the proceeding I am filing in May of 2022, Ronald Hugh Hutton vs. U. S. Department of Veterans Affairs, please be sealed. Thank you.

Sincerely,

*Ron Hutton*

Ron Hutton