IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
RONALD HUGH HUTTON,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:22-cv-392
                                 )
U.S. DEPARTMENT OF VETERANS      )
AFFAIRS, ALLI LARSEN, DREW       )
LARSEN, BILL ORR, BETSY ORR,     )
BETTY ORR, CATHERINE ORR,        )
WILL FERRELL, CYNTHIA            )
FERRELL, QUINN FERRELL, ALEX     )
FERRELL, KATE FERRELL, KENT      )
BERRY, GENIE WINN, JERRY         )
BOWEN, and EVAN LAST NAME        )
UNKNOWN,                         )
                                 )
          Defendants.            )
```

**<u>ORDER</u>**

On September 19, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 9, 10, 11.) No objections were filed within the time limits prescribed by Section 636.

While the analysis of the Magistrate Judge is compelling, Plaintiff did not receive the Recommendation and notice. (Docs. 9, 10.) However, this is the fault of Plaintiff for failing to notify the court of a change of address. <u>See</u> LR 11.1(b).

Therefore, this court elects to dismiss this matter without prejudice, see id., instead of adopting the Recommendation.

The record reflects that the Magistrate Judge's Recommendation and notice were served by mail to Plaintiff's last known address at 302 N Logan Street, Burlington, North Carolina 27217, but returned as undeliverable on November 18, 2022 as Plaintiff was no longer at that address. (See Doc. 11.) This court has no obligation to locate Plaintiff to provide actual notice; instead, it is the duty of a litigant to keep this court informed of a current address.[1] LR 11.1(b). Because Plaintiff has not provided the court with an address within 63 days of the date of the last return of mail, the court finds the case should be dismissed without prejudice for failure to prosecute. See LR 11.1(b).

**IT IS THEREFORE ORDERED** that this action be, and is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute. A Judgment dismissing this action will be entered contemporaneously with this Order.

---

[1] This court notes that this Plaintiff may also be using a Greensboro address. (See Hutton v. U.S. Dept. of Veteran Affairs, at al., 1:22-cv-836.) Even if that address in 1:22-cv-836, is a current address for Plaintiff, it is Plaintiff's duty to keep this court informed. It is not the duty of this court to investigate or guess all possible addresses.

This the 9th day of February, 2023.

                                         /s/ William L. Osteen, Jr.
                                         United States District Judge